UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:08-CV-212-R

NANCY FAULKNER,
Individually and as Administratrix
of the Estate of ROBERT DAVID
FAULKNER, Deceased

    PLAINTIFF,

v.

ABB INC.

    DEFENDANTS .

## MEMORANDUM OPINION AND ORDER

Defendant has filed a motion to exclude expert testimony (DN 73). Plaintiff has filed a response (DN 74) and a Motion to Supplement Expert Disclosures (DN 74). No reply was filed. Accordingly, this matter is ripe for adjudication. The motion to exclude is DENIED and the motion to supplement is GRANTED.

As point out by Plaintiff, the supplemental information was supplied before the end of the discovery deadline and before Defendant had taken a deposition of Plaintiff's expert. Accordingly, no prejudice to Defendant has resulted from this late supplement. If any prejudice has occurred, it is certainly not severe enough to warrant the harsh sanction of excluding the experts testimony.